

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

.   *600 Richard Russell Building*
    *75 Spring Street, S.W.*
    *Atlanta, Georgia  30303*

April 27, 2011

| | |
|---|---|
| **Rick Goss** | **Lisa Enix** |
| **Regena Martin** | **Angela Smith** |
| **DeeDee McGoldrick** | **Lavonia Wade-Childs** |
| **Don Stanhope** | **Pat Walker** |
| **Julee Smilley** | **Carole Burks** |
| **Sue Coalson** | **Suzy Edwards** |
| **Shelia Sewell** | **Pat Walker** |
| **Vicki Hanna** | **Sonya Lee-Coggins** |
| **Jessica Birnbaum** | Courtroom Deputies |
| **Regena Martin** | |
| **Carole Burks** | |
| Courtroom Deputies | |

**RE:**

| | |
|---|---|
| United States v. Mach, et al. | 1:05-CR-543-JEC-ECS |
| United States v. Acosta, et al. | 1:09-CR-184-JEC-JFK |
| United States v. Soberanis, et al. | 1:09-CR-359-RWS-AJB |
| United States v. Doe, et al. | 1:09-CR-361-RWS-AJB |
| United States v. Goldenshtein, et al. | 1:10-CR-323-TCB-RGV |
| United States v. Hernandez-Valdez | 1:10-CR-398-RWS |
| United States v. Alfarro-Rivera, et al. | 1:10-CR-407-TWT-JFK |
| United States v. Aning, et al. | 1:10-CR-493-JEC-RGV |
| United Staes v. Rios | 1:10-CR-501-JEC |
| United States v. Favors, et al. | 1:10-CR-506-WSD-LTW |
| United States v. Martinez-Leal, et al. | 1:11-CR-19-TCB-CCH |
| United States v. Ortiz-Aleman, et al. | 1:11-CR-20-ODE-JFK |
| United States v. Nwagwu | 1:11-CR-27-JEC-GGB |
| United States v. Silva | 1:11-CR-38-RWS |
| United States v. Biebel | 1:11-CR-109-CAP |
| United States v. Kashiwagi | 1:11-MJ-577-AJB |
| United States v. Biggs | 1:11-MJ-609-JFK |

  This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on the following dates:

**August 15-19, 2011**

I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

> Sincerely,
>
> SALLY QUILLIAN YATES
> UNITED STATES ATTORNEY
>
> **/s/ MICHAEL V. HERSKOWITZ**
> ASSISTANT UNITED STATES ATTORNEY

cc:   Defense Counsel's via ECF